UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHELDON BRYAN COMPANIES, etc.,

Plaintiff/Counterclaim Defendant,

v. No.3:07-cv-1010-J-12MCR

GRAHAM THOMAS, etc.,

Defendant/Counterclaim Plaintiff,

v.

ANDREW MORAFATES, et al.,

Counterclaim Defendants.

---

# ORDER

This cause is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. 25), filed August 15, 2008. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

That this case is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs and the Clerk shall close the case and terminate any pending motions and deadlines.

**DONE AND ORDERED** this 27TH. day of August 2008.

Howell W. Melton
SENIOR UNITED STATES DISTRICT JUDGE

c: Counsel of Record